## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:07CR53** |
| | § | |
| **JOHN CALVIN WHITMORE** | § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Doc. No. 37]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with a new additional term of supervision to follow.

The parties have not objected to the magistrate judge's recommendation. After review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Doc. No. 37] are **ADOPTED.** The Court finds that the defendant, John Calvin Whitmore, violated conditions of his supervised release. The Court accordingly **ORDERS** that the defendant's term of supervision

is **REVOKED**. Pursuant to the magistrate judge's recommendation, the Court **ORDERS** the defendant to serve a term of ten (10) months imprisonment, with no further supervision to follow.

So **ORDERED** and **SIGNED** this **7** day of **March, 2018.**

_____
Ron Clark, United States District Judge